# Strode *versus* Commonwealth.
# Clymer *versus* Commonwealth.

| 52 | 181 |
|----|-----|
| f196 | 75 |

| 52 | 181 |
|----|-----|
| 22 SC | ³372 |

1. The estate of a decedent, composed of United States securities, passing collaterally, is liable to collateral inheritance tax.
2. Such tax is not on a specific article, but on the *estate* of the decedent.
3. The acceptance by distributees of specific articles without conversion, in payment of their shares, does not relieve them from collateral inheritance tax.
4. Theoretically, the balance on an administration account is cash.

BOTH the above cases, involving the question whether United States securities belonging to estates which passed collaterally, were liable to the collateral inheritance tax, were considered and decided together.